UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| NEW LEAF RECOVERY SERVICES, PC, | : | |
| | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 2:17-CV-00078-CRE |
| | : | |
| WOODS PHARMACY, LLC, | : | |
| | : | |
| Defendant | : | |
| | : | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JURA C. ZIBAS

Pursuant to Local Civil Rule 83.2, Jura C. Zibas respectfully moves to be admitted *pro hac vice* to appear and practice in this honorable Court in the above-captioned matter as counsel for defendant, Woods Pharmacy, LLC.  The Affidavit of Jura C. Zibas for Admission *Pro Hac Vice* is attached hereto and incorporated at length, including but not limited to the certification that Jura C. Zibas has read, knows and understands the local rules of this Court.

Respectfully submitted,

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP

BY:   *s/Jura C. Zibas*
Jura C. Zibas, Esquire
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-5756
Facsimile: (212) 470-3038
Email: Jura.Zibas @wilsonelser.com

Attorneys for Woods Pharmacy, LLC

Date:  April 4, 2017

1

1099775v.1