IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW LEAF RECOVERY SERVICES, P.C., individually and on behalf of the class defined herein, | ) ) ) ) |
| Plaintiff, | ) Case No.: 2:17-cv-00078-CRE ) ) |
| v. | ) ) |
| WOODS PHARMACY, L.L.C., and JOHN DOES 1-10, | ) ) ) Class Action ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Dated:   September 11, 2017

Respectfully submitted,

**NEW LEAF RECOVERY SERVICES, P.C**.        **WOODS PHARMACY, L.L.C.**


*/s/ Clayton S. Morrow*                               */s/Jura C. Zibas*
Clayton S. Morrow, Esq.                              Jura C. Zibas, Esq.
Email: csm@consumerlaw365.com         Email: jurazibas@wilsonelser.com
Morrow & Artim, PC 304 Ross Street       WILSON ELSER MOSKOWITZ
            7th Floor                                             EDELMAN & DICKER, LLP
Pittsburgh, PA 15219                                  2001 Market Street, Suite 3100
Telephone: (412) 209-0656                        Philadelphia, PA 19103
                                                                    (215) 606-3906 / (215) 627-2665 (f)

*Attorneys for Plaintiff*                                *Attorneys for Defendant*

AND NOW, this _____ day of _____, the above stipulation is approved.


_____
Cynthia R. Eddy, Magistrate Judge